UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS 4 ALL, INC., a Florida Non Profit Corporation, PETER DIPALMA, Individually, and WILLIAM NORKUNAS, Individually,

Plaintiffs,

v. Case No.

STARBUCKS CORPORATION, a Washington Corporation, d/b/a/ STARBUCKS COFFEE COMPANY,

Defendant.
_______________________________________/

**COMPLAINT**
(Injunctive Relief Demanded)

Plaintiffs, ACCESS 4 ALL, INC., a Florida Non Profit Corporation, PETER DIPALMA, Individually, and WILLIAM NORKUNAS, Individually, on their behalf and on behalf of all other mobility impaired individuals similarly situated, (sometimes referred to as "Plaintiffs"), hereby sue the Defendant, STARBUCKS CORPORATION, a Washington Corporation, d/b/a/ STARBUCKS COFFEE COMPANY, (sometimes referred to as "Defendant"), for Injunctive Relief, and attorney's fees, litigation expenses, and costs pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("ADA").

1. Plaintiff, Peter DiPalma, is an individual residing in Pompano Beach, FL, in the County of Broward.

2. Plaintiff, William Norkunas, is an individual residing in Ft. Lauderdale, FL, in the County of Broward.

3. Plaintiff, ACCESS 4 ALL, INC., is a non profit corporation formed under the laws of the State of Florida. ACCESS 4 ALL, INC. maintains its principal office at 3200 N. Palm Aire Dr., #505, Pompano Beach, FL 33069, in the County of Broward.

4. Defendant's properties, Starbucks, are located throughout the State of Florida.

5. Venue is properly located in the Southern District of Florida because venue lies in the judicial district of the properties' situs. The Defendant's properties are located in and do business within this judicial district.

6. Pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343, this Court has been given original jurisdiction over actions which arise from the Defendant's violations of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. See also 28 U.S.C. § 2201 and § 2202.

7. Plaintiff PETER DI PALMA is a Florida resident, is sui juris, and qualifies as an individual with disabilities as defined by the ADA. PETER DI PALMA has visited properties which form the basis of this lawsuit and plans to return to the properties to avail himself of the goods and services offered to the public at the properties. The Plaintiff has encountered architectural barriers at the subject properties. The barriers to access at the properties have endangered his safety. The Plaintiff PETER DI PALMA is also a member of the Plaintiff organization, ACCESS 4 ALL, INC., discussed below in paragraph 8.

8. Plaintiff ACCESS 4 ALL, INC., is a Non Profit Corporation. Members of this organization include individuals with disabilities as defined by the ADA, and are representative of a cross-section of the disabilities to be protected from discrimination by the ADA. The purpose of this organization is to represent the interest of its members by assuring places of public accommodation are accessible to and usable by the disabled and that its members are not

discriminated against because of their disabilities. ACCESS 4 ALL, INC. and its members have suffered and will continue to suffer direct and indirect injury as a result of the Defendant's discrimination until the Defendant is compelled to comply with the requirements of the ADA. One or more of its members has suffered an injury that would allow it to bring suit in its own right. ACCESS 4 ALL, INC. has also been discriminated against because of its association with its disabled members and their claims.

9. Plaintiff William Norkunas is a Florida resident, is sui juris, and qualifies as an individual with disabilities as defined by the ADA. Mr. Norkunas was diagnosed with polio, and requires the use of a full length left leg brace. He is mobility impaired and uses a cane or scooter or manual wheelchair to ambulate. Mr. Norkunas travels regularly throughout the 67 counties in Florida, and as a former Florida Building Commissioner, and as the designated representative for the disabled within the state confirmed by the Florida Senate, communicates regularly with those of special needs. William Norkunas has visited the properties which form the basis of this lawsuit and plans to return to the properties to avail himself of the goods and services offered to the public at the properties. Mr. Norkunas frequently travels to Starbucks throughout Florida. The Plaintiff has encountered architectural barriers at the subject properties. The barriers to access at the properties, which have been encountered by Plaintiff Norkunas, have endangered his safety, and have denied him the full and equal access to Defendant's stores.

10. Defendant owns, leases, leases to, or operates places of public accommodation as defined by the ADA and the regulations implementing the ADA, 28 CFR 36.201(a) and 36.104. Defendant is responsible for complying with the obligations of the ADA. The places of

public accommodation in Florida that the Defendant owns, operates, leases, or leases to, are known as Starbucks, located at:

a. 3267 Hollywood Blvd., Hollywood, FL.
b. 1739 Main Street, Weston, FL.
c. 310 Indian Trace Road, Weston, FL.
d. 4751 S. University Drive, Davie, FL.
e. 3551 N. University Drive, Sunrise, FL
f. 6981 W. Broward Blvd., Plantation, FL.
g. 2026 N. Flamingo Road, Pembroke Pines, FL.
h. 7374 W. Atlantic Blvd., Margate, FL.
i. 6051 Coral Ridge Drive, Coral Springs, FL.
j. 7091 N. State Road 7, Parkland, FL.
k. 2800 University Drive, Coral Springs, FL.
l. 5435 N. University Drive, Lauderhill, FL.
m. 1615 N. Federal Highway, Ft. Lauderdale, FL.
n. 10 S. Federal Highway, Ft. Lauderdale, FL.
o. 99600 Overseas Highway, Key Largo, FL.
p. 76 East Palm Drive, Florida City, FL.
q. 1029 Homestead Blvd., Homestead, FL.
r. 827 Nob Hill Road, Plantation, FL.

and throughout the state of Florida at the following locations:

Starbucks Altamonte Springs
1195 Springs Center S. Blvd
Altamonte Springs, FL.

Starbucks Altamonte Springs
150 SR 434
Altamonte Springs, FL

Starbucks Apopka
1720 S Orange Blossom Trail
Apopka, FL

Starbucks Apopka
3850 E SR 436
Apopka, FL

Starbucks Aventura
18215 Biscayne Blvd
Aventura, FL

Starbucks Aventura
19127 Biscayne Blvd
Aventura, FL

Starbucks Aventura
19501 Biscayne Blvd
Aventura, FL

Starbucks Belle Isle
5072 S Conroy Road
Belle Isle, FL

Starbucks Boca Raton
17940 N. Military Trail
Boca Raton, FL

Starbucks Boca Raton
2200 West Glades Road
Boca Raton, FL

Starbucks Boca Raton
22113 Powerline Road
Boca Raton, FL

Starbucks Boca Raton
2521 N. Federal Hwy
Boca Raton, FL

Starbucks Boca Raton
302 Plaza Real
Boca Raton, FL

Starbucks Boca Raton
5250 Towne Center Circle
Boca Raton, FL

Starbucks Boca Raton
6000 W. Glades Road
Boca Raton, FL

Starbucks Boca Raton
698 Yamato Road
Boca Raton, FL

Starbucks Boca Raton
7775 Glades Road
Boca Raton, FL

Starbucks Boca Raton
9704 Clint Moore Road
Boca Raton, FL

Starbucks Boca Raton
9961 W. Glades Road
Boca Raton, FL

Starbucks Boynton Beach
1500 Gateway Blvd
Boynton Beach, FL

Starbucks Boynton Beach
306 N. Congress Ave
Boynton Beach, FL

Starbucks Bradenton
102 Manatee Ave East
Bradenton, FL

Starbucks Bradenton
4404 14 Street West
Bradenton, FL

Starbucks Bradenton
5783 Manatee Ave West
Bradenton, FL

Starbucks Bradenton
7386 52 Place East
Bradenton, FL

Starbucks Bradenton
7484 Cortez Road
Bradenton, FL

Starbucks Brandon
11029 Causeway Blvd
Brandon, FL

Starbucks Brandon
1265 E. Brandon Blvd
Brandon, FL

Starbucks Brooksville
13163 Cortez Blvd
Brooksville, FL

Starbucks Callaway
740 N Tyndall Pkwy
Callaway, FL

Starbucks Cape Coral
1860 N Pine Island Road
Cape Coral, FL

Starbucks Cape Coral
2384 Surfside Blvd
Cape Coral, FL

Starbucks Casselberry
2535 Howell Branch Road
Casselberry, FL

Starbucks Casselberry
168 Semoran Blvd
Casselberry, FL 32707

Starbucks Clearwater
18423 US Hwy 19 N
Clearwater, FL

Starbucks Clearwater
2539 Countryside Blvd
Clearwater, FL

Starbucks Clearwater
2560 McMullen Booth Road
Clearwater, FL

Starbucks Clearwater
27001 US HWY 19 N
Clearwater, FL

Starbucks Clearwater
433 Cleveland Street
Clearwater, FL

Starbucks Clermont
2573 E Hwy 50
Clermont, FL

Starbucks Coconut Creek
6111 Lyons Road
Coconut Creek, FL

Starbucks Coral Gables
1122 S. Dixie Hwy
Coral Gables, FL

Starbucks Coral Gables
200 Miricle Mile
Coral Gables, FL

Starbucks Coral Gables
2645 SW 22 Street
Coral Gables, FL

Starbucks Coral Gables
475 S. Dixie Hwy
Coral Gables, FL

Starbucks Crestview
2520 S. Ferdon Ave
Crestview, FL

Starbucks Cutler Bay
20505 S. Dixie Hwy
Cutler Bay, FL

Starbucks Daytona Beach
2429 N Atlantic Ave
Daytona Beach, FL

Starbucks Daytona Beach
250 N. Atlantic Ave
Daytona Beach, FL

Starbucks Deerfield Beach
130 S. Federal Hwy
Deerfield Beach, FL

Starbucks Delray Beach
16850 Jog Road
Delray Beach, FL

Starbucks Delray Beach
205 E. Atlantic Ave.
Delray Beach, FL

Starbucks Delray Beach
502 E. Atlantic Ave
Delray Beach, FL

Starbucks Destin
4140 Legendary Dr
Destin, FL

Starbucks Destin
9000 Baytowne Wharf Blvd
Destin, FL

Starbucks Destin
9375 Hwy 98 W
Destin, FL

Starbucks Destin
W10410 US Hwy 98
Destin, FL

Starbucks Doral
10690 NW 19 Street
Doral, FL

Starbucks Doral
7840 NW 25 Street
Doral, FL

Starbucks Estero
10801 Corkscrew Road
Estero, FL

Starbucks Estero
8074 Mediterranean Dr.
Estero, FL

Starbucks Fernandia Beach
1460 Sadler Road
Fernandia Beach, FL

Starbucks Fort Lauderdale
350 Las Olas Blvd
Fort Lauderdale, FL

Starbucks Fort Myers
1514 Broadway
Fort Myers, FL

Starbucks Fort Myers
1600 Chamberlain Pkwy
Fort Myers, FL

Starbucks Fort Myers
3398 Forum Blvd
Fort Myers, FL

Starbucks Fort Myers
4450 Fowler St
Fort Myers, FL

Starbucks Fort Myers
5100 Daniels Parkway
Fort Myers, FL

Starbucks Fort Myers
8595 College Parkway
Fort Myers, FL

Starbucks Fort Walton Beach
575 N Beal Parkway
Fort Walton Beach, FL

Starbucks Fort Walton Beach
95 Eglin Parkway NE
Fort Walton Beach, FL

Starbucks Gainesville
1520 NW 13 Street
Gainesville, Fl

Starbucks Gainesville
201 SE 1 Street
Gainesville, Fl

Starbucks Gainesville
3443 Archer Road
Gainesville, Fl

Starbucks Gainesville
3822 Newberry Road
Gainesville, Fl

Starbucks Gainesville
4780 NW 39 Ave
Gainesville, Fl

Starbucks Gainesville
5200 NW 43 St
Gainesville, Fl

Starbucks Gainesville
6257 W Newberry Road
Gainesville, Fl

Starbucks Gainesville
6707 Newberry Road
Gainesville, Fl

Starbucks Green Cove Springs
328 Ferris Street
Green Cove Springs, FL

Starbucks Greenacres
3991 Jog Road
Greenacres,FL

Starbucks Gulf Breeze
346 Gulf Breeze Pkwy
Gulf Breeze, FL

Starbucks Hallandale Beach
1805 E Hallandale Bch Blvd
Hallandale Beach, FL

Starbucks Indialantic
25th Ave Summit Bldg
Indialantic, FL

Starbucks Indian Harbor Beach
1918 Hwy A1A
Indian Harbor Beach, FL

Starbucks Jacksonville
10281 Midtown Parkway
Jacksonville, FL

Starbucks Jacksonville
10300 Southside Blvd
Jacksonville, FL

Starbucks Jacksonville
1044 Dunn Ave
Jacksonville, FL

Starbucks Jacksonville
119 Bartram Oaks Walk
Jacksonville, FL

Starbucks Jacksonville
13315 Atlantic Blvd.
Jacksonville, FL

Starbucks Jacksonville
14355 Beach Blvd.
Jacksonville, FL

Starbucks Jacksonville
14560 St. Augustine Road
Jacksonville, FL

Starbucks Jacksonville
1500-1 University Blvd W
Jacksonville, FL

Starbucks Jacksonville
1650 Margaret St
Jacksonville, FL

Starbucks Jacksonville
1980 San Marco Blvd
Jacksonville, FL

Starbucks Jacksonville
2 Independent Dr
Jacksonville, FL

Starbucks Jacksonville
2400 3rd Street South
Jacksonville, FL

Starbucks Jacksonville
2771 Monument Road
Jacksonville, FL

Starbucks Jacksonville
4413 Town Center Parkway
Jacksonville, FL

Starbucks Jacksonville
4495 Roosevelt Blvd
Jacksonville, FL

Starbucks Jacksonville
4765-1 Hodges Blvd
Jacksonville, FL

Starbucks Jacksonville
4765-1 Hodges Blvd.
Jacksonville, FL

Starbucks Jacksonville
5960-1 Beach Blvd
Jacksonville, FL

Starbucks Jacksonville
7153 Phillips Hwy
Jacksonville, FL

Starbucks Jacksonville
780 Nautica Dr
Jacksonville, FL

Starbucks Jacksonville
8221 Southside Blvd
Jacksonville, FL

Starbucks Jacksonville
8635 Blanding Blvd
Jacksonville, FL

Starbucks Jacksonville
9301 Atlantic Blvd
Jacksonville, FL

Starbucks Jacksonville
9661 San Jose Blvd
Jacksonville, FL

Starbucks Jacksonville
9700 Deer Lake Court
Jacksonville, FL

Starbucks Jacksonville
9940 Southside Blvd
Jacksonville, FL

Starbucks Jupiter
2525 Military Trail
Jupiter, FL

Starbucks Jupiter
2770 W. Indiantown Road
Jupiter, FL

Starbucks Jupiter
5500 Military Trail
Jupiter, FL

Starbucks Kendall
13604 N Kendall Dr
Kendall, FL

Starbucks Lady Lake
874 N Hwy 27
Lady Lake, FL

Starbucks Lake City
2487 W US 90
Lake City, Fl

Starbucks Lake Mary
4044 Lake Mary Blvd
Lake Mary, FL

Starbucks Lake Wales
761 Eagle Ridge Dr.
Lake Wales, FL

Starbucks Lake Worth
514 Lake Ave
Lake Worth, FL

Starbucks Lakeland
1314 Town Center Dr
Lakeland, FL

Starbucks Lakeland
2101 S. Florida Ave
Lakeland, FL

Starbucks Lakeland
3801 US Hwy 98 N
Lakeland, FL

Starbucks Lakeland
4270 S Florida Ave
Lakeland, FL

Starbucks Lakeland
4670 N. Socrum Loop Road
Lakeland, FL

Starbucks Land O Lakes
2021 State Road 54
Land O Lakes, FL

Starbucks Largo
10443 Ulmerton Road
Largo, FL

Starbucks Largo
13660 Walsingham Road
Largo, FL

Starbucks Largo
2401 East Bay Dr
Largo, FL

Starbucks Longwood
2425 W State Road 434
Longwood, FL

Starbucks Lynn Haven
2424 S Hwy 77
Lynn Haven, FL

Starbucks MacClenny
9200 SR 228
MacClenny, FL

Starbucks Maitland
254 N. Orlando Ave
Maitland, FL

Starbucks Mary Esther
340 N. Mary Esther Blvd
Mary Esther, FL

Starbucks Melbourne
1330 N. Harbor City Blvd
Melbourne, FL

Starbucks Melbourne
1700 W New Haven Ave
Melbourne, FL

Starbucks Melbourne
3660 N Wickham Road
Melbourne, FL

Starbucks Miami
10834 SW 104 St
Miami, FL

Starbucks Miami
12305 SW 137 Ave
Miami, FL

Starbucks Miami
12512 SW 120 St
Miami, FL

Starbucks Miami Beach
1201 Washington Avenue
Miami Beach, FL

Starbucks Miami Beach
1570 Alton Road
Miami Beach, FL

Starbucks Miami Beach
416 Lincoln Road
Miami Beach, FL

Starbucks Miami Beach
601 Lincoln Road
Miami Beach, FL

Starbucks Miami Beach
749 Lincoln Road
Miami Beach, FL

Starbucks Miami Beach
959 West Avenue
Miami Beach, FL

Starbucks Miami Shores
9488 NE 2nd Ave
Miami Shores, FL

Starbucks Miami Springs
52 Curtiss Parkway
Miami Springs, FL

Starbucks Miami
110 SE 3 Ave
Miami, FL

Starbucks Miami
11515 S Dixie Hwy
Miami, FL

Starbucks Miami
13725 SW 152 Street
Miami, FL

Starbucks Miami
14200 SW 8 Street
Miami, FL

Starbucks Miami
14401 SW 42 Street
Miami, FL

Starbucks Miami
14795 S Dixie Hwy
Miami, FL

Starbucks Miami
200 Crandon Blvd
Miami, FL

Starbucks Miami
2937 Biscayne Blvd
Miami, FL

Starbucks Miami
3015 Grand Ave
Miami, FL

Starbucks Miami
401 Biscayne Blvd
Miami, FL

Starbucks Miami
47 W. Flagler Street
Miami, FL

Starbucks Miami
5711 NW 7 Street
Miami, FL

Starbucks Miami
5796 Sunset Drive
Miami, FL

Starbucks Miami
6603 S. Dixie Hwy
Miami, FL

Starbucks Miami
6815 Biscayne Blvd
Miami, FL

Starbucks Miami
7708 N Kendall Dr
Miami, FL

Starbucks Miami
8442 SW 8 Street
Miami, FL

Starbucks Miami
8660 SW 72 Street
Miami, FL

Starbucks Miami
8805 SW 107 Ave.
Miami, FL

Starbucks Miami
8888 SW 136 Street
Miami, FL

Starbucks Miami
901 S. Miami Ave
Miami, FL

Starbucks Miami
9709-101 NW 41 Street
Miami, FL

Starbucks Naples
1 Tamiami Trail South
Naples, FL

Starbucks Naples
1427 Pine Ridge Road
Naples, FL

Starbucks Naples
15495 N Tamiami Trail
Naples, FL

Starbucks Naples
2004 Tamiami Trail North
Naples, FL

Starbucks Naples
3370 Pine Ridge Road
Naples, FL

Starbucks Naples
4810 Davis Blvd
Naples, FL

Starbucks Naples
5505 N Tamiami Trail
Naples, FL

Starbucks Naples
5995 Pine Ridge Road
Naples, FL

Starbucks Naples
7083 Radio Road
Naples, FL

Starbucks Marco Island
740 N Collier Blvd
Naples, FL

Starbucks Naples
796 5 Avenue South
Naples, FL

Starbucks Naples
960 Immokalee Road
Naples, FL

Starbucks Neptune Beach
327 Atlantic Blvd
Neptune Beach,FL

Starbucks New Port Richie
3244 Little Road
New Port Richie, FL

Starbucks New Port Richie
5220 Little Road
New Port Richie, FL

Starbucks New Port Richie
5435 US Hwy 16
New Port Richie, FL

Starbucks Newberry
12921 SW 1 Road
Newberry, FL

Starbucks North Miami Beach
13503 Biscayne Blvd
North Miami Beach, FL

Starbucks North Miami Beach
2195 NE 163 St
North Miami Beach, FL

Starbucks Ocala
2708 SW College Road
Ocala, FL

Starbucks Ocala
36 S. Magnolia Ave
Ocala, FL

Starbucks Ocala
4602 SW College Road
Ocala, FL

Starbucks Ococee
10300 W Colonial Dr.
Ococee, FL

Starbucks Odessa
16330 State Road 54
Odessa, FL

Starbucks Oldsmar
3180 Tampa Road
Oldsmar, FL

Starbucks Orange Park
1544 County RD 220
Orange Park, FL

Starbucks Orange Park
629 Blanding Blvd
Orange Park, FL

Starbucks Orlando
120 W Grant Street
Orlando, FL

Starbucks Orlando
1411 Sand Lake Road
Orlando, FL

Starbucks Orlando
1915 Edgewater Dr
Orlando, FL

Starbucks Orlando
20 N. Summerlin Ave
Orlando, FL

Starbucks Orlando
2453 S. Orange Ave
Orlando, FL

Starbucks Orlando
2604 E Colonial Market
Orlando, FL

Starbucks Orlando
2753 S. Kirkman Road
Orlando, FL

Starbucks Orlando
3011 E Colonial Dr
Orlando, FL

Starbucks Orlando
4200 Conroy Road
Orlando, FL

Starbucks Orlando
4650 N Alafaya Trail
Orlando, FL

Starbucks Orlando
4965 Prime Outlets Oak Ridge Rd
Orlando, FL

Starbucks Orlando
5814 Conroy Windmere Rd.
Orlando, FL

Starbucks Orlando
6605 S. Semoran Blvd.
Orlando, FL

Starbucks Orlando
6891 S. Blossom Trail
Orlando, FL

Starbucks Orlando
7600 Dr. Phillips Road
Orlando, FL

Starbucks Orlando
7610 W Sand Lake Rd.
Orlando, FL

Starbucks Orlando
8001 S.Orange Blossom Trail
Orlando, FL

Starbucks Orlando
895 Alafaya Trail
Orlando, FL

Starbucks Ormond Beach
1425 W Grenada Blvd
Ormond Beach, FL

Starbucks Ormond Beach
247 East Grenada Blvd
Ormond Beach, FL

Starbucks Palm Bay
810 Palm Bay Road NE
Palm Bay, FL

Starbucks Palm Beach Gardens
11600 US Hwy 1
Palm Beach Gardens, FL

Starbucks Palm Beach Gardens
3103 PGA Blvd.
Palm Beach Gardens, FL

Starbucks Palm Beach Gardens
3866 Northlake Blvd.
Palm Beach Gardens, FL

Starbucks Palm Beach Gardens
6231 PGA Blvd.
Palm Beach Gardens, FL

Starbucks Palm Beach
10925 N. Military Trail
Palm Beach, FL

Starbucks Palm Beach
150 Worth Avenue
Palm Beach, FL

Starbucks Palm Coast
216 Palm Coast Parkway NE
Palm Coast, FL

Starbucks Palm Harbor
30503 US Hwy 19 N.
Palm Harbor, FL

Starbucks Palm Harbor
33840 US Hwy 19 N
Palm Harbor, FL

Starbucks Palm Harbor
4940 Ridgemore Blvd.
Palm Harbor, FL

Starbucks Palmetto Bay
7290 SW 168 Street
Palmetto Bay, FL

Starbucks Panama City
2296-A Martin Luther King Blvd.
Panama City, FL

Starbucks Pembroke Pines
15810 Pines Blvd.
Pembroke Pines, FL

Starbucks Pensacola
1701 E Nine Mile Rd.
Pensacola, FL

Starbucks Pensacola
2200 West Nine Mile Road
Pensacola, FL

Starbucks Pensacola
5040 Bayou Blvd.
Pensacola, FL

Starbucks Pensacola
5100 N 9 Ave.
Pensacola, FL

Starbucks Pensacola
5145 Bayou Blvd.
Pensacola, FL

Starbucks Pinecrest
9095 S. Dixie Hwy.
Pinecrest, FL

Starbucks Plant City
2701 Thonotosassa Rd.
Plant City, FL

Starbucks Pompano Beach
1800 N. Federal Hwy.
Pompano Beach, FL

Starbucks Pompano Beach
423 S. Federal Hwy.
Pompano Beach, FL

Starbucks Pompano Beach
435 S Federal Hwy.
Pompano Beach, FL

Starbucks Ponte Vedra
2 Fairfield Blvd.
Ponte Vedra, FL

Starbucks Port Charlotte
1441 Tamiami Trail
Port Charlotte, FL

Starbucks Port Charlotte
925 Kings Hwy
Port Charlotte, FL

Starbucks Port Saint Lucie
1789 NW St. Lucie W Blvd.
Port Saint Lucie, FL

Starbucks Riverview
10716 Big Bend Road
Riverview, FL

Starbucks Riverview
6042 Winthrop Town Center Ave
Riverview, FL

Starbucks Royal Palm Beach
11081 Southern Blvd
Royal Palm Beach, FL

Starbucks Royal Palm Beach
561 N SR US 441
Royal Palm Beach, FL

Starbucks Safety Harbor
100 Main Street
Safety Harbor, FL

Starbucks Saint Augustine
1047 A1A Beach Blvd
Saint Augustine, FL

Starbucks Saint Augustine
105 Fireworks Alley
Saint Augustine, FL

Starbucks Saint Augustine
155 Palencia Village Dr
Saint Augustine, FL

Starbucks Saint Petersburg
4850 Park Street
Saint Petersburg, FL

Starbucks Santa Rosa Beach
17 Uptown Grayton Circle
Santa Rosa, FL

Starbucks Sarasota
2805 University Parkway
Sarasota, FL

Starbucks Sarasota
5485 University Parkway
Sarasota, FL

Starbucks Seminole
10801 Starkey Road
Seminole, FL

Starbucks Stuart
2294 SE Federal Hwy
Stuart, FL

Starbucks Stuart
2537 NW Federal Hwy
Stuart, FL

Starbucks Stuart
5932 SE Federal Hwy
Stuart, FL

Starbucks Tallahassee
1500 Apalachee Pkwy
Tallahassee, FL

Starbucks Tallahassee
1703 W Tennessee
Tallahassee, FL

Starbucks Tallahassee
2264-1 N. Monroe St
Tallahassee, FL

Starbucks Tallahassee
2887 Kerry Forrest Pky
Tallahassee, FL

Starbucks Tallahassee
3425 Thomasville Road
Tallahassee, FL

Starbucks Tallahassee
3551 Blairstone Rd, S
Tallahassee, FL

Starbucks Tampa
1 Tampa Gen. Cir. Davis Island
Tampa, FL

Starbucks Tampa
10118 Montague Blvd
Tampa, FL

Starbucks Tampa
118 S. Westshore Blvd
Tampa, FL

Starbucks Tampa
12998 Race Track Road
Tampa, FL

Starbucks Tampa
14394 N. Dale Mabry Hwy
Tampa, FL

Starbucks Tampa
1508 N. Westshore Blvd
Tampa, FL

Starbucks Tampa
1600 W. Kennedy Blvd
Tampa, FL

Starbucks Tampa
17525 Preserve Walk Lane
Tampa, FL

Starbucks Tampa
2223 N. Westshore Blvd
Tampa, FL

Starbucks Tampa
225 Westshore Plaza
Tampa, FL

Starbucks Tampa
3400 Bay to Bay Blvd
Tampa, FL

Starbucks Tampa
3619 W. Gandy Blvd
Tampa, FL

Starbucks Tampa
401 S. Dale Mabrey Blvd
Tampa, FL

Starbucks Tampa
502 E. Hillsborough Ave
Tampa, FL

Starbucks Tampa
513 S. Florida Ave
Tampa, FL

Starbucks Tampa
715 South Howard St
Tampa, FL

Starbucks Tampa
8602 Hillsborough Ave
Tampa, FL

Starbucks Tampa
9222 Anderson Road
Tampa, FL

Starbucks Tarpon Springs
40908 US Hwy 19 N
Tarpon Springs, FL

Starbucks The Villages
966 Old Mill Road
The Villages, FL

Starbucks Valrico
3482 Lithia-Pinecrest Road
Valrico, FL

Starbucks Venice
1500 US Hwy 41-By Pass S
Venice, FL

Starbucks Wellington
10580 Forest Hill Blvd
Wellington, FL

Starbucks Wellington
12840 W Forrest Hill Blvd
Wellington, FL

Starbucks Wesley Chapel
1800 Bruce B Downs Blvd.
Wesley Chapel, FL

Starbucks West Melbourne
1675 W. New Haven
West Melbourne, FL

Starbucks West Palm Beach
1870 Okeechobee Blvd
West Palm Beach, Fl

Starbucks West Palm Beach
226 Clematis Street
West Palm Beach, Fl

Starbucks West Palm Beach
600 S. Rosemary Ave
West Palm Beach, Fl

Starbucks West Palm Beach
801 Village Blvd
West Palm Beach, Fl

Starbucks Weston 33331
4035 Weston Road
Weston, FL

Starbucks Winter Park
1900 Aloma Ave
Winter Park, FL

Starbucks Winter Park
400 Park Ave
Winter Park, FL

Starbucks Winter Park
415 N. Orlando Ave
Winter Park, FL

Starbucks Winter Park
7420 University Blvd
Winter Park, FL

Starbucks Winter Springs
1400 Tuskawilla Road
Winter Springs, FL

Starbucks Yulee
463749 SR 200
Yulee, FL

11. ACCESS 4 ALL, INC., PETER DIPALMA, and WILLIAM NORKUNAS have a realistic, credible, existing and continuing threat of discrimination from the Defendant's non-compliance with the ADA with respect to these properties as described but not necessarily limited to the allegations in paragraph 13 of this Complaint. Plaintiffs have reasonable grounds to believe that they will continue to be subjected to discrimination in violation of the ADA by the Defendant. Peter DiPalma and William Norkunas desire to visit Starbucks not only to avail themselves of the goods and services available at the property but to assure themselves that these properties are in compliance with the ADA so that they and others similarly situated will have full and equal enjoyment of the properties without fear of discrimination.

12. The Defendant has discriminated against the individual Plaintiffs by denying them access to, and full and equal enjoyment of, the goods, services, facilities, privileges, advantages and/or accommodations of the buildings, as prohibited by 42 U.S.C. § 12182 et seq.

13. The Defendant has discriminated, and is continuing to discriminate, against the Plaintiffs in violation of the ADA by failing to, inter alia, have accessible facilities by January 26, 1992 (or January 26, 1993, if Defendant has 10 or fewer employees and gross receipts of $500,000 or less). A preliminary inspection of the Starbucks stores named herein have shown that violations exist. These violations include, but are not limited to:

**AS TO STARBUCKS CORPORATION, STORE #8339: 3267 HOLLYWOOD BLVD., HOLLYWOOD, FL:**

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3

There are counters throughout the facility in excess of 36", in violation of Section 7.2(1) of the ADAAG.

There are protruding objects present throughout the facility, in violation of Section 4.4 of the ADAAG.

**AS TO STARBUCKS CORPORATION, STORE #8380: 1739 Main Street, Weston, FL**

There are doors at this facility that lack the required maneuvering clearances violating Section 4.13.6 and Figure 25 of the ADAAG.

**AS TO STARBUCKS CORPORATION, STORE #8236: 310 INDIAN TRACE ROAD, WESTON, FL**

There are doors at this facility that lack the required maneuvering clearances violating Section 4.13.6 and Figure 25 of the ADAAG.

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3

There are protruding objects present throughout the facility, in violation of Section 4.4 of the ADAAG.

There are counters throughout the facility in excess of 36", in violation of Section 7.2(1) of the ADAAG.

There is fixed or built in seating provided at the facility that does not comply with the standards prescribed in Section 4.32 of the ADAAG.

There are elements provided that exceeds the reach range allowed in Section 4.2.5 of the ADAAG.

**AS TO STARBUCKS CORPORATION, STORE #9695: 4751 S. UNIVERSITY DRIVE, DAVIE, FL**

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3.

There are protruding objects present throughout the facility, in violation of Section 4.4 of the ADAAG.

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3

**AS TO STARBUCKS CORPORATION, STORE #8368: 6981 W. BROWARD BLVD., PLANTATION, FL**

The grab-bars in the restroom do not comply with the requirements prescribed in Figure 30 and Section 4.26 of the ADAAG.

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3

There are doors at this facility that lack the required maneuvering clearances violating Section 4.13.6 and Figure 25 of the ADAAG.

There are elements provided that exceeds the reach range allowed in Section 4.2.5 of the ADAAG.

**AS TO STARBUCKS CORPORATION, STORE #8436: 2026 N. FLAMINGO ROAD, PEMBROKE PINES, FLORIDA**

The toilet stall door opens in to the stall. Violating Section 14.17.3 and Figure 30(a) of the ADAAG.

There are doors at this facility that lack the required maneuvering clearances violating Section 4.13.6 and Figure 25 of the ADAAG.

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3

**AS TO STARBUCKS CORPORATION, STORE #9977: 7374 W. ATLANTIC BLVD., MARGATE, FL**

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3

There are doors at this facility that lack the required maneuvering clearances violating Section 4.13.6 and Figure 25 of the ADAAG.

**AS TO STARBUCKS CORPORATION, STORE #8494: 6051 CORAL RIDGE DRIVE, CORAL SPRINGS, FL**

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3.

**AS TO STARBUCKS CORPORATION, STORE #8357: 7091 N. STATE ROAD 7, PARKLAND, FL**

There are doors at this facility that lack the required maneuvering clearances violating Section 4.13.6 and Figure 25 of the ADAAG.

**AS TO STARBUCKS CORPORATION, STORE #8281: 7091 N. STATE ROAD 7, PARKLAND, FL**

There is not a continuous path of travel connecting all essential elements of the facility, in violation of Sections 4.3.1 and 4.3.2 of the ADAAG.

**AS TO STARBUCKS CORPORATION, STORE #8505: 5435 N. UNIVERSITY DRIVE, LAUDERHILL, FL**

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3.

**AS TO STARBUCKS CORPORATION, STORE #8528: 1615 N. FEDERAL HIGHWAY, FT. LAUDERDALE, FL**

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3.

There are protruding objects present throughout the facility, in violation of Section 4.4 of the ADAAG.

There are no proper handrails provided for the ramps to the facility, in violation of Section 4.8.5 of the ADAAG.

**AS TO STARBUCKS CORPORATION, STORE #8303: 10 S. FEDERAL HIGHWAY, FT. LAUDERDALE, FL**

There are exposed pipes in restrooms at the facility, violating of Section 4.19.4 of the ADAAG.

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3.

**AS TO STARBUCKS CORPORATION AT MILE MARKER 100, 99600 OVERSEAS HIGHWAY, KEY LARGO, FL**

Outdoor accessible tables were not provided with an umbrella as the regular accessible tables in violation of Section 36.201 (a) of the CFR.

The indoor accessible table was in use by able-bodied persons and Mr. Norkunas was informed that there is no corporate policy to provide a disabled person with access to the table if it was in use by able-bodied people in violation of Section 36.202 (a) of the CFR.

**AS TO STARBUCKS CORPORATION AT 76 EAST PALM DRIVE, FLORIDA CITY, FL**

The restroom signage is not mounted in accordance with Section 4.30.6 of the ADAAG.

Outdoor accessible tables were not provided with an umbrella as the regular accessible tables. In violation of Section 36.201 (a) of the CFR

**AS TO STARBUCKS CORPORATION AT 1029 HOMESTEAD BLVD., HOMESTEAD, FL**

There are elements provided that exceeds the reach range allowed in Section 4.2.5 of the ADAAG.

Outdoor accessible tables were not provided with an umbrella as the regular accessible tables in violation of Section 36.201 (a) of the CFR.

The indoor accessible table was in use by able-bodied persons and Mr. Norkunas was informed that there is no corporate policy to provide a disabled person with access to the table if it was in use by able-bodied people in violation of Section 36.202 (a) of the CFR.

**AS TO STARBUCKS CORPORATION AT 827 NOB HILL RD., PLANTATION, FL**

Toilet flush control is not provided at side of entry which does not comply with the requirements of the ADAAG Section 4.16.3

There are protruding objects present throughout the facility, in violation of Section 4.4 of the ADAAG.

There are elements provided that exceeds the reach range allowed in Section 4.2.5 of the ADAAG.

14. The discriminatory violations described in paragraph 13 are not an exclusive list of the Defendant's ADA violations. Plaintiffs require the inspection of the Defendant's places of public accommodation in order to photograph and measure all of the discriminatory acts

violating the ADA and all of the barriers to access. The individual Plaintiffs, the members of the Plaintiff group, and all other individuals similarly situated, have been denied access to, and have been denied the benefits of services, programs and activities of the Defendant's buildings and its facilities, and have otherwise been discriminated against and damaged by the Defendant because of the Defendant's ADA violations, as set forth above. The individual Plaintiffs, the members of the Plaintiff group and all others similarly situated will continue to suffer such discrimination, injury and damage without the immediate relief provided by the ADA as requested herein. In order to remedy this discriminatory situation, the Plaintiffs require an inspection of the Defendant's places of public accommodation in order to determine all of the areas of non-compliance with the Americans with Disabilities Act.

15. Defendant has discriminated against the individual Plaintiffs and the corporate Plaintiff by denying them access to full and equal enjoyment of the goods, services, facilities, privileges, advantages and/or accommodations of its places of public accommodation or commercial facilities in violation of 42 U.S.C. § 12181 et seq. and 28 CFR 36.302 et seq. Furthermore, the Defendant continues to discriminate against the Plaintiffs, and all those similarly situated by failing to make reasonable modifications in policies, practices or procedures, when such modifications are necessary to afford all offered goods, services, facilities, privileges, advantages or accommodations to individuals with disabilities; and by failing to take such efforts that may be necessary to ensure that no individual with a disability is excluded, denied services, segregated or otherwise treated differently than other individuals because of the absence of auxiliary aids and services. The Defendant is in violation of 42 U.S.C. § 12181 et. seq. and 28 CFR 36.302 et. seq., and is discriminating against the Plaintiffs and all other

individuals similarly situated in the Plaintiff group by failing to, inter alia:

A. Provide accessible restrooms.

B. Provide accessible counters.

C. Remove protruding objects throughout the facility.

D. Provide doors with the required maneuvering clearances.

E. Provide toilets with flush control in compliance with the ADAAG.

F. Provide fixed or built in sitting in compliance with the ADAAG.

G. Provide accessible elements within reach ranges allowed in the ADAAG.

H. Provide accessible grab bars in the restrooms.

I. Provide toilet stall doors that open in compliance with the ADAAG.

J. Provide a continuous path of travel connecting all essential elements of the facility.

K. Provide proper handrails in compliance with the ADAAG.

L. Provide covering for pipes under sinks.

M. Provide restroom signage mounted in compliance with the ADAAG.

N. Provide umbrellas over outdoor accessible tables where umbrellas are provided over regular outdoor tables.

O. Establish and provide corporate policy to provide a disabled person with access to an accessible table if it was in use by able bodied persons.

P. Modify restrooms to be accessible, by complying with the following:

1. accessible path of access thereto;

2. the requisite door widths, offsets, level maneuvering spaces, accessible hardware and opening resistances;

3. identifying signage, with Braille, mounted at the requisite locations;

4. the requisite maneuvering clearances within the restrooms;

5. insulate or configure pipes under lavatories to prevent burns or other injuries;

6. provide lavatories with accessible faucets, at the requisite height, and with the requisite knee clearances and maneuvering clearances for accessibility;

7. provide accessible soap, paper towel, toilet seat cover and other dispensers and controls within accessible reach parameters, with the requisite maneuvering clearances in front, and with accessible controls;

8. provide toilet(s) and/or toilet seat(s) at appropriate heights, with compliant grab bars, and with the requisite maneuvering clearances;

9. provide toilet(s) with the flush controls on the wide side of the toilets;

10. provide mirrors at the requisite height; and

11. provide toilet paper dispensers mounted in the requisite, accessible locations.

16. Plaintiffs are without adequate remedy at law and are suffering irreparable harm. Plaintiffs have retained the undersigned counsel and are entitled to recover attorney's fees, costs and litigation expenses from the Defendant pursuant to 42 U.S.C. § 12205 and 28 CFR 36.505.

17. Defendant is required to remove the existing architectural barriers to the physically disabled when such removal is readily achievable for its places of public accommodation that has existed prior to January 26, 1992, 28 CFR 36.304(a); in the alternative, if there has been an alteration to Defendant's places of public accommodation since January 26, 1992, then the Defendant is required to ensure to the maximum extent feasible, that the altered portions of the facilities are readily accessible to and useable by individuals with disabilities, including individuals who use wheelchairs, 28 CFR 36.402; and finally, if the Defendant's facilities are ones which were designed and constructed for first occupancy subsequent to January 26, 1993, as defined in 28 CFR 36.401, then the Defendant's facilities must be readily accessible

to and useable by individuals with disabilities as defined by the ADA.

18. Notice to Defendant is not required as a result of the Defendant's failure to cure the violations by January 26, 1992 (or January 26, 1993, if Defendant has 10 or fewer employees and gross receipts of $500,000 or less). All other conditions precedent have been met by Plaintiffs or waived by the Defendant.

19. Pursuant to 42 U.S.C. § 12188, this Court is provided with authority to grant Plaintiffs Injunctive Relief, including an order to require the Defendant to alter the Starbucks in Florida to make those facilities readily accessible and useable to the Plaintiffs and all other persons with disabilities as defined by the ADA; or by closing the facilities until such time as the Defendant cures its violations of the ADA, and by requiring implementation of policies and procedures to remove existing ADA violations and barriers to access and to prevent them from reoccurring.

**WHEREFORE,** Plaintiffs respectfully request:

a. The Court issue a Declaratory Judgment that determines that the Defendant's stores in Florida, at the commencement of the subject lawsuit are in violation of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq.

b. Injunctive relief against the Defendant in Florida, including an order to make all its stores in Florida, readily achievable alterations to the facility; or to make such stores readily accessible to and usable by individuals with disabilities to the extent required by the ADA; and to require the Defendant to make reasonable modifications in policies, practices or procedures, when such modifications are necessary to afford all offered goods, services, facilities, privileges, advantages or accommodations to individuals with disabilities; and by failing to take such stops that may be necessary to ensure that no individual with a disability is excluded, denied services, segregated or otherwise treated differently than other individuals because of the absence of auxiliary aids and services.

c. An award of attorney's fees, costs and litigation expenses pursuant to 42 U.S.C. § 12205.

d. Such other relief as the Court deems just and proper, and/or is allowable under Title III of the Americans with Disabilities Act.

Respectfully Submitted,

Lawrence A. Fuller, Esquire
LFuller@fullerfuller.com
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 891-5199 - Telephone
(305) 893-9505 - Facsimile

By: /s/ Lawrence A. Fuller
Lawrence A. Fuller, Esq. (FL Bar #180470)

Date: May 6, 2011

Counsel for Plaintiffs William Norkunas, Peter DiPalma and Access 4 All, Inc.

Starbucks complaint-for LAF review wpd